age of the units, and the finished or unfinished condition of the units. Petitioners' expert then utilized those factors to apportion the total assessed value of the complex among the individual condominium units. The sum of the individual assessments determined by petitioners' expert properly did not exceed the value of the entire complex if assessed as a single, rent-producing unit (*see generally* Real Property Law § 339-y [1] [b]). We conclude under the unique circumstances of this case that the hybrid method employed by petitioners' expert most accurately determined the relative value of the units, some of which were fully finished and others of which were in the beginning stages of construction. We reject respondents' further contention that the court erred in affixing value to condominium units that were not the subject of the petitions herein in order to ensure that the sum of the assessments of the individual units did not exceed the total assessed value of the complex.

We have considered respondents' remaining contentions and conclude that they are without merit. Present—Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.

◼ In the Matter of EAST MEDICAL CENTER, L.P., et al. (PARCEL No. 86-01-03.5), Respondents, v ASSESSOR OF TOWN OF MANLIUS et al., Appellants. (Appeal No. 2.) [790 NYS2d 926]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (William R. Roy, J.), entered December 1, 2003 in a proceeding pursuant to RPTL article 7. The order and judgment reduced the tax assessments for the years 1999-2001 on petitioners' real property.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of East Med. Ctr., L.P. v Assessor of Town of Manlius* (16 AD3d 1119 [2005]). Present—Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.

◼ In the Matter of NORTHEAST MEDICAL PROPERTIES, LLC (PARCEL No. 86-01-03.1/14), Respondent, v ASSESSOR OF TOWN OF MANLIUS et al., Appellants. (Appeal No. 3.) [790 NYS2d 925]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (William R. Roy, J.), entered December 1, 2003 in a proceeding pursuant to RPTL article 7. The order and judgment reduced the tax assessments for the years 1999-2001 on petitioner's real property.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of East Med. Ctr., L.P. v Assessor of Town of Manlius* (16 AD3d 1119 [2005]). Present— Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.

■ In the Matter of NORTHEAST MEDICAL PROPERTIES, LLC (PARCEL NO. 86-01-03.1/19), Respondent, v ASSESSOR OF TOWN OF MANLIUS et al., Appellants. (Appeal No. 4.) [790 NYS2d 925]— Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (William R. Roy, J.), entered December 1, 2003 in a proceeding pursuant to RPTL article 7. The order and judgment reduced the tax assessments for the years 1999-2001 on petitioner's real property.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of East Med. Ctr., L.P. v Assessor of Town of Manlius* (16 AD3d 1119 [2005]). Present— Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.

■ In the Matter of NORTHEAST MEDICAL PROPERTIES, LLC (PARCEL NO. 86-01-03.1/54), Respondent, v ASSESSOR OF TOWN OF MANLIUS et al., Appellants. (Appeal No. 5.) [790 NYS2d 924]— Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (William R. Roy, J.), entered December 1, 2003 in a proceeding pursuant to RPTL article 7. The order and judgment reduced the tax assessments for the years 1999-2001 on petitioner's real property.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of East Med. Ctr., L.P. v Assessor of Town of Manlius* (16 AD3d 1119 [2005]). Present— Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.

■ In the Matter of NORTHEAST MEDICAL PROPERTIES, LLC (PARCEL NO. 86-01-03.1/117, Formerly Known as PARCEL NO. 86-01-03.1/17A), Respondent, v ASSESSOR OF TOWN OF MANLIUS et al., Appellants. (Appeal No. 6.) [790 NYS2d 924]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (William R. Roy, J.), entered December 1, 2003 in a proceeding pursuant to RPTL article 7. The order and judgment reduced the tax assessments for the years 1999-2001 on petitioner's real property.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.